■ ROSEMARY K. NICHOLS et al., Appellants, v SPACKENKILL UNION FREE SCHOOL DISTRICT et al., Respondents. (Action No. 1.) ROSEMARY K. NICHOLS, Appellant, v RICHARD K. ELLIOTT et al., Respondents. (Action No. 2.)—In two negligence actions to recover damages for personal injuries, etc., the plaintiffs in both actions appeal from an order of the Supreme Court, Dutchess County (Marasco, J.), dated June 13, 1985, which denied their motion for an order of consolidation or a joint trial.

Order affirmed, with costs (see, Shackleford v Mills, 110 AD2d 630; Doll v Castiglione, 86 AD2d 711; Pride v Perras, 6 AD2d 842). Mollen, P. J., Thompson, Rubin and Spatt, JJ., concur.